# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF FLORIDA

MARK S. SCOTT,

Plaintiff,

FILED BY __МСО__ D.C.

MAY 27 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

v.                                Case No. 1:26-cv-23517-YH

UNITED STATES DEPARTMENT OF JUSTICE,

Defendant.

_____/

## PLAINTIFF'S NOTICE OF WITHDRAWAL OF CONSENT TO ELECTRONIC SERVICE AND REQUEST TO REINSTATE PAPER SERVICE

Plaintiff Mark S. Scott, proceeding pro se, respectfully files this Notice of Withdrawal of Consent to Electronic Service and Request to Reinstate Paper Service, and states as follows:

1. Plaintiff previously consented to receive electronic notice and service through the Court's CM/ECF system and waived paper delivery of notices and filings.

2. Plaintiff hereby withdraws consent to electronic service and respectfully requests reinstatement of paper service by United States Mail for all future notices, orders, filings, and other documents for which paper service is appropriate.

3. Plaintiff requests that the Clerk update the docket and CM/ECF settings accordingly to reflect this change.

4. Plaintiff remains available at the mailing address listed below and requests that all future correspondence and service be directed thereto.

WHEREFORE, Plaintiff respectfully requests that paper service by mail be reinstated and for such other and further relief as the Court deems just and proper.

Dated: May 21, 2026

Respectfully submitted,

Mark S. Scott
Pro Se Plaintiff
600 Coral Way, 12
Coral Gables, Florida 33134
msslitdeline@gmail.com
(305) 587-4030

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was placed in the United States Mail on this 21st day of May, 2026, addressed to:

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue NW
Room 2242
Washington, DC 20530-0001

Executive Office for United States Attorneys
U.S. Department of Justice
950 Pennsylvania Avenue NW
Room 2242
Washington, DC 20530-0001

Civil Process Clerk
United States Attorney's Office
Southern District of Florida
99 N.E. 4th Street
Miami, FL 33132

Mark S. Scott

Mark S. Scott
Segovia Tower
600 Coral Way, 12th Floor
Coral Gables, FL 33134



MIAMI FL 330

22 MAY 2026 PM 5 L

Clerk of Courts
Willkie D. Ferguson Jr.
United States Courthouse
400 North Miami Ave, Room 8N09
Miami, FL, 33128-7716

33128-771699

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

MAY 27 2026

REC'D BY _____ D.C.