**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

|  |  |  |
|---|---|---|
| MARK S. SCOTT, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | **Civil Action No. 1:26-CV-23517-YH** |
| | ) | |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO**
**RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY**
**JUDGMENT**

Defendant, the United States Department of Justice (DOJ), by and through the undersigned counsel, respectfully moves for a 45-day extension of time to respond to Plaintiff Mark Scott's Motion fot Summary Judgment, ECF No. 13.  In support of this Motion, DOJ states the  following:

1. Plaintiff filed this lawsuit under the Freedom of Information Act, 5 U.S.C. § 552, on May 19, 2026.

2. FOIA provides subject matter jurisdiction for the Court "to enjoin [an] agency from withholding agency records and to order the production of any agency records improperly withheld from the complainant." 5 U.S.C. § 552(a)(4)(B).

3. Plaintiff seeks an order compelling DOJ to produce records related to the government's interactions with a witness who cooperated with the government's criminal prosecution of Plaintiff. See Complaint, ECF No. 1.

4. DOJ filed its answer to Plaintiff's Complaint on June 25, 2026. *See* ECF No. 12.

5. FOIA cases generally should be resolved on motions for summary judgment, thus obviating the need for trial.. *Miccosukee Tribe of Indians of Florida v. United States*, 516 F.3d 1235, 1243 (11th Cir. 2008), citing *Miscavige v. I.R.S.*, 2 F.3d 366, 369 (11th Cir. 1993).

6. Petitioner filed his Motion for Summary Judgment on July 31, 2026. *See* ECF No. 13.

7. Pursuant to Local Rule 7.1(c), DOJ's response is due on August 14, 2026.

8. The undersigned counsel is unable to complete DOJ's response by the current due date. Preparation of the DOJ's response to Plaintiff's Motion for Summary Judgment requires among other things, the undersigned, to investigate the criminal proceedings to which Plaintiff's FOIA request relate and to work with personnel of the Executive Office for United States Attorneys and the U.S. Attorney's Office in another district to draft appropriate declaration(s) in support of DOJ's response.

9. The undersigned, however, has had to prioritize responding on behalf of the Department of Homeland Security and related federal entities to a large number of petitions for writs of habeas corpus filed by individuals in immigration detention in this District, leaving not enough time to devote to DOJ's response to Plaintiff's Motion for Summary Judgment in this case. The undersigned expects that the volume of this competing workload will remain high throughout these proceedings.

10. The undersigned therefore requests a 45-day extension of the current deadline to allow the undersigned to work with DOJ to complete its response.

11. The undersigned has attempted to confer by email and telephone with Plaintiff about the relief sought herein.  On August 10, 2026, the undersigned emailed Plaintiff to confer about mutually agreeable dates requested by Chambers for a status conference and about this Motion for Extension of Time.  The undersigned received an automated response, indicating that Plaintiff was "currently away and unable to respond to correspondence on a regular

2

basis." Later on August 10, 2026, the undersigned left a telephonic voicemail message for Plaintiff explaining the reason for his call and requesting a return call, but as of this date, the undersigned has not heard back from Plaintiff. As such, the undersigned does not know Plaintiff's position on the relief requested.

WHEREFORE, Defendant DOJ respectfully requests a 45-day extension of time, through Monday, September 28, 2026 to respond to Plaintiff's Motion for Summary Judgment. A proposed Order is attached.

.

Dated:   August 11, 2026
       Miami, FL                             Respectfully submitted

                                      **JASON REDING QUINONES**
                                      **UNITED STATES ATTORNEY**

                          By:     /s/ *Carlos Raurell*
                                     Assistant U.S. Attorney
                                     Florida Bar No. 529893
                                     United States Attorney's Office
                                     Southern District of Florida
                                     99 NE 4th Street, Florida 33132
                                     Telephone: (305) 961-9243
                                     E-mail: carlos.raurell@usdoj.gov
                                     *Counsel for Defendant*

3

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **MARK S. SCOTT,** )<br>)<br>*Plaintiff,*   )<br>)<br>v.   )<br>)<br>**UNITED STATES DEPARTMENT OF**   )<br>**JUSTICE,**   )<br>)<br>*Defendant.*   )<br>) | **Civil Action No. 1:26-CV-23517-YH** |

**[proposed]**
**ORDER GRANTING DEFENDANT'S MOTION FOR**
**EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S**
**MOTION FOR SUMMARY JUDGMENT**

This matter is before the Court on Defendant U.S. Department of Justice's Motion for a 45-day extension of time to respond to Petitioner's Motion for Summary Judgment (ECF No. 13). The Court has considered the Motion and is duly advised in the premises. It is hereby ORDERED that the Motion is GRANTED. Defendant shall respond to the Motion for Summary Judgment on or before September 28, 2026.

DONE and ORDERED in Chambers, this ___ day of August, 2026.

_____
YENEY HERNANDEZ
U.S. MAGISTRATE JUDGE

4