**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 26-CV-23517-HERNANDEZ

MARK S. SCOTT,

     Plaintiff,

v.

UNITED STATES DEPARTMENT OF
JUSTICE,

     Defendant.

_____/

## ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Before the Court is Defendant's unopposed Motion for Extension of Time to Respond to Plaintiff's Motion for Summary Judgment (the "Motion"), [ECF No. 14].  Defendant's response to Plaintiff's Letter Motion for Summary Judgment or, in the Alternative, to Compel an Adequate Search, a Vaughn Index, and in Camera Review (the "Motion for Summary Judgment"), [ECF No. 13], is currently due on August 14, 2026.  *See* S.D. Fla. L.R. 7.1(c).  Defendant seeks additional time to investigate matters related to Plaintiff's FOIA request and to prepare a response.  [ECF No. 14 at ¶8].  Although Defendant was unable to include Plaintiff's position in the Motion, counsel for Defendant subsequently communicated that Plaintiff did not oppose a 30-day extension of the response time.  Therefore, the Motion is unopposed.

The Court has carefully considered the unopposed Motion and is otherwise fully advised in the matter. Finding good cause for the requested extension of time, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Motion, [ECF No. 14], is **GRANTED**;

2. Defendant shall file a response to Plaintiff's Motion for Summary Judgment, [ECF No. 13] no later than September 10, 2026.

**DONE AND ORDERED** in the Southern District of Florida on August 11, 2026.

_____
YENEY HERNANDEZ
UNITED STATES MAGISTRATE JUDGE

cc:  counsel of record

Mark S. Scott
600 Coral Way, 12
Coral Gables, FL 33134