**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-CV-23517-RAR**

MARK S. SCOTT,

      Plaintiff,

v.

UNITED STATES DEPARTMENT OF JUSTICE,

      Defendant.

_____/

## ORDER REFERRING CASE TO MAGISTRATE JUDGE

**THIS CAUSE** comes before the Court upon *sua sponte* review of the record.  Pursuant to 28 U.S.C. § 636, Federal Rule of Civil Procedure 72, and the Magistrate Rules of the Local Rules of the Southern District of Florida, it is hereby

**ORDERED AND ADJUDGED** that this case is **REFERRED** to United States Magistrate Judge Yeney Hernandez for rulings on all non-dispositive matters and for issuance of a Report and Recommendation on any dispositive matters.

It shall be the responsibility of the parties in this case to note the name of Magistrate Judge Hernandez on all motions and submissions pertaining to this case.

**DONE AND ORDERED** in Miami, Florida, this 12th day of August, 2026.

**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**