**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| **MARK S. SCOTT,**<br><br>*Plaintiff,*<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF JUSTICE,**<br><br>*Defendant.* | ) | **Civil Action No. 1:26-CV-23517-YH** |

**DEFENDANT'S EXPEDITED SECOND MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Defendant, the United States Department of Justice (DOJ), by and through the undersigned counsel, respectfully moves on an expedited basis for a 1-week extension of time to respond to Plaintiff Mark Scott's Motion for Summary Judgment, ECF No. 13. In support of this Motion, DOJ states the following:

1. Plaintiff filed this lawsuit under the Freedom of Information Act, 5 U.S.C. § 552, on May 19, 2026.

2. FOIA provides subject matter jurisdiction for the Court "to enjoin [an] agency from withholding agency records and to order the production of any agency records improperly withheld from the complainant." 5 U.S.C. § 552(a)(4)(B).

3. Plaintiff seeks an order compelling DOJ to produce records related to the government's interactions with a witness who cooperated with the government's criminal prosecution of Plaintiff. See Complaint, ECF No. 1.

4. DOJ filed its answer to Plaintiff's Complaint on June 25, 2026. *See* ECF No. 12.

5. FOIA cases generally should be resolved on motions for summary judgment, thus obviating the need for trial.. *Miccosukee Tribe of Indians of Florida v. United States*, 516 F.3d 1235, 1243 (11th Cir. 2008), citing *Miscavige v. I.R.S.*, 2 F.3d 366, 369 (11th Cir. 1993).

6. Petitioner filed his Motion for Summary Judgment on July 31, 2026. *See* ECF No. 13.

7. Pursuant to Local Rule 7.1(c), DOJ's response was initially due on August 14, 2026.

8. On August 11, 2026, Defendant DOJ sought a 45-day extension of time for DOJ's response to Plaintiff's Motion for Summary Judgment. See ECF No. 14.

9. The Couirt entered its Order Granting Defendant's Motion for Extension of Time to Respond to Plaintiff's Motion for Summary Judgment (ECF No. 15), but instead of providing 45 additional days for DOJ's response, the Order provided 27 days, through September 10, 2026.

10. Despite their best efforts, the undersigned counsel and his agency counterpart within the Executive Office for U.S. Attorneys have been unable to complete DOJ's response and supporting declaration by this date.

11. As indicated in DOJ's first Motion for an Extension of Time, preparation of the DOJ's response to Plaintiff's Motion for Summary Judgment has required counsel to investigate the criminal proceedings to which Plaintiff's FOIA request relate and to work with personnel of the Executive Office for United States Attorneys and the U.S. Attorney's Office for the Southern District of New York to draft appropriate declaration(s) in support of DOJ's response.

12. While Petitioner's Motion for Summary Judgment has been pending, the undersigned has had to prioritize responding on behalf of the Department of Homeland Security and related federal entities to a large number of petitions for writs of habeas corpus filed by individuals in immigration detention in this District, leaving insufficient time to devote to DOJ's

response to Plaintiff's Motion for Summary Judgment in this case. The undersigned expects that the volume of this competing workload will remain high throughout these proceedings.

13. The undersigned and his agency counsel counterpart had made substantial progress toward completion of DOJ's response and believed that they could meet today's deadline, but that has proven incorrect.

14. Although the necessary documents are nearly complete, the undersigned is still drafting DOJ's response to the Motion and agency counsel is still working with the U.S. Attorney's Office for the Southern District of New York on the supporting declaration. Once completed, these documents will also need to be reviewed by supervising attorneys in each of these Offices.

15. The undersigned cannot confer with Plaintiff about the relief sought herein, as he is incarcerated.

16. WHEREFORE, Defendant DOJ respectfully requests a 14-day extension of time, through Thursday, September 24, 2026 to respond to Plaintiff's Motion for Summary Judgment. A proposed Order is attached.

.

Dated: September 10, 2026
Miami, FL

Respectfully submitted

**JASON REDING QUINONES**
**UNITED STATES ATTORNEY**

By: /s/ *Carlos Raurell*
Assistant U.S. Attorney
Florida Bar No. 529893
United States Attorney's Office
Southern District of Florida
99 NE 4th Street, Florida 33132
Telephone: (305) 961-9243
E-mail: carlos.raurell@usdoj.gov
*Counsel for Defendant*

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| **MARK S. SCOTT,**<br><br>*Plaintiff,*<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF JUSTICE,**<br><br>*Defendant.* | ) | **Civil Action No. 1:26-CV-23517-YH** |

**[proposed]**
**ORDER GRANTING DEFENDANT'S EXPEDITED SECOND MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

This matter is before the Court on Defendant U.S. Department of Justice's Expedited Second Motion for a 14-day extension of time to respond to Petitioner's Motion for Summary Judgment. The Court has considered the Motion and is duly advised in the premises. It is hereby ORDERED that the Motion is GRANTED. Defendant shall respond to the Motion for Summary Judgment on or before September 24, 2026.

DONE and ORDERED in Chambers, this ___ day of September, 2026.

______________________________
YENEY HERNANDEZ
U.S. MAGISTRATE JUDGE